UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ORLANDO PALACIO                                                        PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:26-CV-310-DCB-RPM

RAFAEL VERGARA                                                         RESPONDENT

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*.  On April 8, 2026, Petitioner Orlando Palacio filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1]  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  [1-3].  However, according to ICE's Online Detainee Locator System, it appears Petitioner is no longer at the Adams County Correctional Center or in ICE custody.[2]  Therefore, the Court directs the parties to respond to this Order and provide a status update.

IT IS THEREFORE ORDERED that, **on or before August 28, 2026**, the parties shall file a response to this Order and provide a status update regarding the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot.  In the alternative, the parties may file a Rule 41 dismissal if appropriate.

SO ORDERED, this the 14th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]After the petition was filed, an Immigration Judge entered an order on April 28, 2026, ordering Petitioner to be removed but granting post-conclusion voluntary departure.  [5-2].  Petitioner reserved the right to appeal, but he did not appeal according the Executive Office for Immigration Review's website.

[2] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth."  The Court is also aware that ICE's Online Detainee Locator System does not always guarantee accurate information.